HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

| | |
|---|---|
| JAMES EARL BROWN, An African American, CITIZEN OF THE UNITED STATES and THE STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES E. BROWN & ASSOCIATES, APC, A California Corporation, FRANCISCO GUTIERREZ, aka DANIEL MEJA; FRANCISCO GUTIERREZ; LORRAINE CABALLERO GUTIERREZ; IRMA GUTIERREZ; OSCAR GUTIERREZ; ESTELLA GUTIERREZ; ALBERTO CERVANTEZ II, FREDERICK H. ALSCHULER, as Individuals, et al. ,<br><br>    Defendants. | CASE NO. LACV14-8841 JAK (AJWx)<br><br>**JUDGMENT GRANTING DEFENDANTS MOTIONS TO DISMISS; GRANTING DEFENDANTS' MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT**<br><br>**JS-6**<br><br>[Assigned to Judge John A. Kronstadt Courtroom "750"]<br><br>Complaint Filed:   11/14/14<br>Trial Date:             None set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On May 11 2015, a hearing was held on the PARTIES' various motions in Courtroom "750" of the above entitled Court. The Court, Hon. Judge John A. Kronstadt presiding, convened to consider the following regularly noticed motions:

1. Defendant LAWRENCE SILVER'S Motion to Dismiss (GRANTED).

2. Defendant LAWRENCE SILVER'S Motion to Declare Plaintiff a Vexatious Litigant (GRANTED).

3. Specially Appearing Parties Irma Guiterrez, Estela Gutierrez, and Oscar Gutierrez's Motion to Dismiss for Insufficient Service of Process (MOOT).

4. Specially Appearing Defendant DAVID MAUPIN's Motion to Quash

Service and/or Dismiss Operative Complaint (GRANTED in part and MOOT in Part).

    5.    Plaintiff's Request for an Injunction Against Supreme Court of California Judgment as Void (DENIED).

    6.    Plaintiff's Petition for a Protective Order (DENIED).

    7.    Plaintiff's Request for Leave of Court to Amend (DENIED).

    8.    Plaintiff's Request to Remove and Consider Cases (DENIED).

    9.    Plaintiff's Request for a Determination (DENIED).

    10.    Plaintiff's Request for Leave of Court to Add Great Blossoms Investments, Inc. (MOOT).

After considering the papers, pleadings and evidence submitted by all parties as well as arguments of counsel:

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff's COMPLAINT is DISMISSED WITH PREJUDICE and DEFENDANTS shall have JUDGMENT against Plaintiff JAMES E. BROWN. Consequently, any pending motion in this matter is now MOOT.

Further, it is ORDERED, ADJUDGED AND DECREED that plaintiff JAMES E. BROWN is deemed a vexatious litigant and shall henceforth be required to submit any further filings for pre-filing review by a Judge of this Court.

DATED: July 1, 2015

_____
HONORABLE JUDGE KRONSTADT